

# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

Matthew E. Miller
Boston Office
(617) 832-3041
mmiller@foleyhoag.com

April 14, 2004

**By Hand**

Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:    C.A. No. 04-10750-JLT; *Manko et al. v. PricewaterhouseCoopers LLP et al.*

Dear Sir/Madam:

      Enclosed please find a copy of the state court summons which was inadvertently omitted at the time we filed the Defendant's' Notice of Removal yesterday.

      Thank you for your attention to this matter.

                   Yours very truly,

                   Matthew E. Miller

MEM

cc:    Susan E. Stenger, Esq. (w/ enclosure)

FHBoston/1040615.1

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-0639-BLS

Paul Manko and Shelley Evans,
Derivatively on Behalf of Nominal
Defendant, TYCO International LTD

, Plaintiff(s)

v.

PriceWaterhouseCoopers LLP,
PriceWaterhouseCoopers LLP
(Bermuda), and Richard P. Scalzo

, Defendant(s)

## SUMMONS

To the above-named Defendant:  **Richard P. Scalzo**

You are hereby summoned and required to serve upon Susan E. Stenger, Perkins Smith & Cohen LLP,

plaintiff's attorney, whose address is One Beacon St., 30th Floor, Boston, MA 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Witness,** Suzanne V. DelVecchio, Esquire, at Boston, the 12th
February , in the year of our Lord two thousand four day of
, .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

*NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.*

# Commonwealth of Massachusetts

SUFFOLK, ss.



NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-0639-BLS

Paul Manko and Shelley Evans,
Derivatively on Behalf of Nominal
Defendant, TYCO International LTD

_____ , Plaintiff(s)

v.

PriceWaterhouseCoopers LLP,
PriceWaterhouseCoopers LLP
(Bermuda), and Richard P. Scalzo

_____ , Defendant(s)

## SUMMONS

To the above-named Defendant:  PriceWaterhouseCoopers LTD

You are hereby summoned and required to serve upon Susan E. Stenger, Perkins Smith & Cohen LLP,

plaintiff's attorney, whose address is One Beacon St., 30th Floor, Boston, MA 02108 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the _____12th_____ day of
_____February_____ , in the year of our Lord two thousand ___four___ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. __04-0639-BLS__

Paul Manko and Shelley Evans,
Derivatively on Behalf of Nominal
Defendant, TYCO International LTD
_____ , Plaintiff(s)

v.

PriceWaterhouseCoopers LLP,
PriceWaterhomseCoopers LLP,
(Bermuda), and Richard P. Scalzo
_____ , Defendant(s)

## SUMMONS

To the above-named Defendant: **PriceWaterhouseCoopers LLP (Bermuda)**

You are hereby summoned and required to serve upon Susan E. Stenger, Perkins Smith & Cohen LLP,

and their attorney, ... ... ... ...

plaintiff's attorney, whose address is One Beacon St., 30th Floor, Boston, MA 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the _____12th_____ day of _____February_____ , in the year of our Lord two thousand _____four_____ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED -

(1) TORT -- (2) MOTOR VEHICLE TORT -- (3) CONTRACT -- (4) EQUITABLE RELIEF -- (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.