UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Manko and Shelley Evans, Derivatively and o/b/o Nominal Defendant Tyco International, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP (Bermuda), and Richard P. Scalzo, <br><br> Defendants. | CIVIL ACTION No. 04-10750-JLT |

### NOTICE OF APPEARANCE

      Christian M. Hoffman, Lisa C. Wood, Martha A. Mazzone, Kevin B. Currid and Matthew E. Miller of the law firm of Foley Hoag LLP hereby provide notice of their appearance as counsel for defendant PricewaterhouseCoopers LLP, in the above-captioned matter.

      Respectfully submitted,

      PRICEWATERHOUSECOOPERS LLP

      By its attorneys,

      */s/ Kevin B. Currid*_____
      Christian M. Hoffman (BBO# 236940)
      Lisa C. Wood (BBO# 543811)
      Martha A. Mazzone (BBO# 656103)
      Kevin B. Currid (BBO# 644413)
      Matthew E. Miller (BBO# 655544)
      FOLEY HOAG LLP
      World Trade Center West
      155 Seaport Boulevard
      Boston, MA  02210-2600

Dated:  April 20, 2004      (617) 832-1000

CERTIFICATE OF SERVICE

      I, Kevin B. Currid, hereby certify that on April 20, 2004, I caused a copy of the foregoing Notice of Appearance to be served upon Susan E. Stenger, Esq. Perkins Smith & Cohen LLP, One Beacon Street, 30th Floor, Boston MA 02108, liaison counsel for Derivative Plaintiffs, by hand, and on the following individuals by United States mail.

Robert I. Harwood, Esq.
WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022

Sherrie R. Savett, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Co-Lead Counsel for Derivative Plaintiffs*

Gregory M. Nespole, Esq.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

Robert M. Roseman, Esq.
SPECTOR ROSEMAN & KODROFF
1818 Market Street
Philadelphia, PA 19103

Nadeem Faruqi, Esq.
FARUQI & FARUQI LLP
320 East 9th Street, 3rd Fl.
New York, NY 10016

*Counsel for Derivative Plaintiffs*

                                              */s/ Kevin B. Currid*
                                              Kevin B. Currid