UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paul Manko and Shelley Evans, Derivatively and o/b/o Nominal Defendant Tyco International, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> PricewaterhouseCoopers LLP, PricewaterhouseCoopers LLP (Bermuda), and Richard P. Scalzo, <br><br> Defendants. | CIVIL ACTION No. 04-10750-JLT |

**NOTICE OF STIPULATION REGARDING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING OR MOTION, AND REQUEST FOR ORDER ADOPTING STIPULATION**

Defendants PricewaterhouseCoopers LLP ("PwC"), PricewaterhouseCoopers LLP (Bermuda) (*sic*) ("PwC Bermuda"), and Richard P. Scalzo ("Scalzo") (collectively, "Defendants"), and Plaintiffs Paul Manko and Shelley Evans (collectively, "Plaintiffs"), by and through undersigned counsel, hereby stipulate and request as follows:

1. This case involves plaintiffs and questions of fact common to *Manko, et al. v. Kozlowski*, *et al.*, C.A. No. 02-352-B, United States District Court, District of New Hampshire (the "Consolidated Derivative Action"), which has been consolidated with a number of other actions also involving common questions of fact and previously transferred to the District of New Hampshire by the Judicial Panel on Multidistrict

FHBoston/1039252.1

Litigation (the "JPML").[1]  The transferred and consolidated actions are captioned *In Re: Tyco Securities Litigation*, MDL No. 1335 (the "Consolidated Action"), and have been assigned to Judge Barbadoro.

2.  Simultaneously with the filing of this joint stipulation and request for order, Defendants have, pursuant to the Rules of Procedure of the JPML, filed a Notice Of Related Action with the Clerk of the JPML, identifying this case as a "tag-along" matter, as defined by Rule 1.1, and requesting its transfer to New Hampshire and consolidation with the Consolidated Action.

3.  Defendants in the Consolidated Derivative Action have filed Motions to Dismiss.  The court has scheduled oral arguments on the Motions for June 22, 2004.

4.  The parties acknowledge and agree that Judge Barbadoro's rulings in the Motions to Dismiss the Consolidated Derivative Action will have a direct impact on this case and on any responsive pleadings or motions filed by the Defendants.  Therefore, the parties stipulate to an extension of the deadline for Defendants' responsive pleadings or motions, to July 30, 2004, on the express premise that this date will permit a reasonable time for Defendants to prepare their responsive pleadings or motions *after* the court has ruled on the Motions to Dismiss.  If, however, the court has not ruled on the aforesaid Motions to Dismiss by July 10, the parties have agreed to permit Defendants additional time beyond July 30 to prepare responsive pleadings or motions.[2]

---

[1] PwC LLP and PwC Bermuda were originally defendants in the Consolidated Derivative Action but the plaintiffs' complaints against both defendants were dismissed in 2003.  The complaint in this action is similar in content to the complaints filed against PwC LLP and PwC Bermuda in the Consolidated Derivative Action.

[2] The parties note that in the case of certain other actions transferred to New Hampshire and consolidated under the Consolidated Action before responsive pleadings have been filed, Judge Barbadoro has issued an order setting forth an independent schedule for responsive pleadings (see *In Re: Tyco Securities Litigation*, MDL No. 1335, Practice and Procedure Order No. 9).  The schedule requires responses within a reasonable time after his rulings on various motions to dismiss.

5. At this time, therefore, the parties respectfully request that this Court issue an Order adopting this Joint Stipulation and extending the time by which Defendants must file responsive pleadings or motions to July 30, 2004.

| | |
|---|---|
| By: */s/ Susan E. Stenger (KBC)*<br>    Susan E. Stenger<br>    PERKINS SMITH & COHEN<br>    One Beacon Street, 30th Floor<br>    Boston, MA 02108<br><br>    *Counsel for Plaintiffs* | By: */s/ Kevin B. Currid*<br>    Christian M. Hoffman (BBO# 236940)<br>    Lisa C. Wood (BBO# 543811)<br>    Kevin B. Currid (BBO# 644413)<br>    Martha A. Mazzone (BBO# 656103)<br>    Matthew E. Miller (BBO# 655544)<br>    FOLEY HOAG LLP<br>    Seaport World Trade Center West<br>    155 Seaport Boulevard<br>    Boston, MA 02210<br>    (617) 832-1000 |
| By: */s/ William R. Maguire (KBC)*<br>    William R. Maguire<br>    Sarah Loomis Cave<br>    HUGHES HUBBARD & REED LLP<br>    One Battery Park Plaza<br>    New York, New York 10004-1482<br>    (212) 837-6000<br><br>    *Counsel for Defendant*<br>    *PricewaterhouseCoopers Bermuda* | OF COUNSEL:<br>Michael P. Carroll<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br><br>    *Counsel for Defendants*<br>    *PricewaterhouseCoopers LLP and Richard*<br>    *P. Scalzo* |

SO ORDERED.

_____
Hon. Joseph L. Tauro