

**FOLEY HOAG** LLP
ATTORNEYS AT LAW

April 23, 2004

Matthew E. Miller
Boston Office
617) 832-3041
mmiller@foleyhoag.com

**By Hand**

Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   *Manko et al. v. PricewaterhouseCoopers LLP et al.*, C.A. No. 04-10750-JLT

Dear Sir/Madam:

    Enclosed for filing in connection with the above referenced matter please find a certified copy of all records, proceedings and docketed entries from Massachusetts Superior Court, Suffolk County, submitted in accordance with Rule 81.1(a) of the Local Rules of the United States District Court for the District of Massachusetts.

    Thank you for your attention to this matter.

                        Yours very truly,

                        Matthew E. Miller

MEM

cc:   Susan E. Stenger, Esq. (w/ enclosure)
       William R. Maguire, Esq. (w/ enclosure)

FHBoston/1044694.1