UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICE OF THE CLERK
James R. Starr
Clerk of Court

Telephone
603-225-1423

FILED
CLERK'S OFFICE
2004 JUL -2 P 12: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

June 30, 2004

Tony Anastas, Clerk
US District Court
1 Courthouse Way
Boston, MA 02210

Dear Mr. Anastas:

In re: C. 1:04-10750, Manko et al. v. PricewaterhouseCoopers    (NH Civil No. 04-1337-B)

MDL-1335, In re Tyco International, Ltd., Securities Litigation

Enclosed herewith is a certified copy of the Panel's Transfer Order to transfer the above "tag-along" action. At your earliest convenience, would you please forward to us a certified copy of the docket and all original pleadings in the case. As jurisdiction has been transferred to New Hampshire, you should terminate the case in your court.

Very truly yours,

James R. Starr
Clerk

mm

cc: Michael J. Beck, Clerk
    Judicial Panel on Multidistrict Litigation
    Thurgood Marshall Federal Judiciary Building
    One Columbus Circle, NE, Room G-255
    Washington, DC 20002

A CERTIFIED TRUE COPY

JUN 15 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

JUN 21  11 00 AM '04

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 27 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1335

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE TYCO INTERNATIONAL, LTD., SECURITIES, DERIVATIVE & "ERISA" LITIGATION*

*Paul Manko, et al. v. PricewaterhouseCoopers, LLP, et al.*, D. Massachusetts, C.A. No. 1:04-10750

### CONDITIONAL TRANSFER ORDER (CTO-20)

On April 26, 2000, the Panel transferred 11 civil actions to the United States District Court for the District of New Hampshire for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 64 additional actions have been transferred to the District of New Hampshire. With the consent of that court, all such actions have been assigned to the Honorable Paul J. Barbadoro.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of New Hampshire and assigned to Judge Barbadoro.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Hampshire for the reasons stated in the order of April 26, 2000, and, with the consent of that court, assigned to the Honorable Paul J. Barbadoro.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Hampshire. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 15 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified to be a true copy
James R. Starr, Clerk
By: Margaret McKaelis
Deputy Clerk